**Harry E. MOORE, Petitioner,**

v.

**U.S. STEEL MINING CO., INC.; Director, Office of Workers' Compensation Programs, United States Department of Labor, Respondents.**

**No. 03–1472.**

United States Court of Appeals,
Fourth Circuit.

Submitted July 10, 2003.

Decided July 15, 2003.

Harry E. Moore, Petitioner Pro Se. Howard Gerald Salisbury, Jr., Kay, Casto & Chaney, Charleston, West Virginia; Rita A. Roppolo, Christian P. Barber, United States Department of Labor, Washington, D.C., for Respondents.

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Harry E. Moore seeks review of the Benefits Review Board's decision and orders affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C. §§ 901–945 (2000), and denying reconsideration. Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. *See Moore v. United States Steel Mining Co.,* No. 02–384–BLA; 98–BLA–00585 (BRB Mar. 12, 2003; Oct. 30, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*